FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2011

GREGORY C. LANGHAM
—————————— CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00077-BNB

DARRELL HOWZE,

     Plaintiff,

v.

DR. JOSEPH WERMERS, M.D.,

     Defendant.

_____

## ORDER DRAWING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 16, 2011, at Denver, Colorado.

BY THE COURT:

   s/ Boyd N. Boland
   United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-00077-BNB

Darrell Howze
Prisoner No.  61556
Colorado Correctional Center
PO Box 4020
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on February 16, 2011.

                                      GREGORY C. LANGHAM, CLERK

                        By:_____

                                    Deputy Clerk