IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00077-PAB-MEH

DARRELL HOWZE,

    Plaintiff,

v.

DR. JOSEPH WERMERS, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

    "Plaintiff's Requests for a Status/Clarification on Pending Matter with this Courts [sic] Jurisdiction for the District of Colorado. . . . . ." [filed March 10, 2011; docket #16] is **granted in part** and **denied in part** as follows.  The Clerk of Court is directed to send a copy of the Local Rules of Practice for this District, civil only, to Plaintiff at the address listed on the docket.  The Court does not have the resources to send Plaintiff a copy of the Federal Rules of Civil Procedure, thus this request is denied.  The Court further informs Plaintiff that service was successfully effected on Defendant Wermers on March 10, 2011, and Defendant Wermers' answer is due May 9, 2011. (Docket #15.)