IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00077-PAB-MEH

DARRELL HOWZE,

    Plaintiff,

v.

DR. JOSEPH WERMERS, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2011.**

    "Plaintiss's [sic] Request for Court to Review Service of the Defendant in Case" [filed March 31, 2011; docket #20] is **granted in part** and **denied in part** as follows.  Plaintiff is correct in stating that Defendant has until May 9, 2011, to answer or otherwise respond to Plaintiff's complaint.  However, regarding Plaintiff's request for a correct mailing address for Defendant, the Court is under no obligation to determine the "last known address" of a properly served defendant, particularly at this early stage of the proceeding.