IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00077-PAB-MEH

DARRELL HOWZE,

    Plaintiff,

v.

DR. JOSEPH WERMERS, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2011.**

    Defendant's Motion to Vacate Scheduling Conference and Extend Time to Submit Reply in Support of Defendant's Motion to Dismiss [filed April 11, 2011; docket #26] is **granted** as follows. The Court resets the briefing schedule for Defendant's pending motion to dismiss: Plaintiff shall respond to this motion on or before **May 10, 2011**.  Defendant may reply on or before **May 31, 2011**.

    The Preliminary Scheduling/Status Conference set for May 10, 2011, is **vacated** and **rescheduled** to **June 21, 2011**, at the hour of **9:15 a.m.,** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.  The plaintiff shall participate in this conference by telephone. Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone.  Please contact Chambers at (303) 844-4507 to arrange appearance by telephone. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

    The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed.  No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Darrell Howze, #61556
Colorado Correctional Center (CCC)
P.O. Box 4020
Golden, CO 80401